UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY RANDALL,

    Petitioner,

v.    CASE NO. 10-13525
    HONORABLE GEORGE CARAM STEEH
    MAGISTRATE JUDGE CHARLES E. BINDER

CATHERINE BAUMAN,

    Respondent.
_____/

**ORDER DENYING AS MOOT PETITIONER'S**
**MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Petitioner Anthony Randall has appealed the Court's opinion and judgment denying his habeas corpus petition. Currently pending before this Court is petitioner's motion to proceed in forma pauperis on appeal. The Court granted petitioner permission to proceed in forma pauperis on appeal when it denied the habeas petition. See ECF No. 13. Therefore, petitioner's motion to proceed in forma pauperis on appeal [ECF No. 17] is **DENIED** as moot.

Dated: June 21, 2013

                    s/George Caram Steeh
                    GEORGE CARAM STEEH
                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 21, 2013, by electronic and/or ordinary mail and also on Anthony Randall #533393, Alger Maximum Correctional Facility, Industrial Park Drive, P.O. Box 600, Munising, MI 49862.

s/Barbara Radke
Deputy Clerk